# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1072
_____

TITUS GENE VIRTS,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the County Court for Escambia County.
Kerra A. Smith, Judge.


May 6, 2026

PER CURIAM.

   AFFIRMED.

ROBERTS, RAY, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Jasmine R. Dixon, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.